UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                     :

POLSKA FUNDACJA NARODOWA,        :

                       Petitioner,   :

           -against-                :           22 Civ. 5725 (LGS)

                                       :

ATHLETE BENEFITS GROUP, LLC, et al.,    :          ORDER

                      Respondents. :

                                       :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action concerns a petition to stay an arbitration proceeding (the

"Petition").  (Dkt. No. 1.)

WHEREAS, on July 7, 2022, an electronic summons was issued as to Respondents.

(Dkt. No. 4.)

WHEREAS, Petitioner has not filed proof of service and Respondents have not yet

appeared.  It is hereby

**ORDERED** that, by **September 2, 2022**, Petitioners shall file proof of service.

Dated:  August 29, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE