UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
POLSKA FUNDACJA NARODOWA,

                     Petitioner,

v.

ATHLETE BENEFITS GROUP, LLC and
LAMAR D. WILLIAMS,

                     Respondents.
-----------------------------------------------------------X

Civil Action No. 1:22-cv-05725 (LGS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Debra Bodian Bernstein, dated August 31, 2022, and all exhibits annexed thereto, the Affidavit of John DiCanio, sworn to August 30, 2022, and all exhibits annexed thereto, and the accompanying Memorandum of Law, and all the proceedings to date herein, Petitioner Polska Fundacja Narodowa ("Petitioner"), by its counsel, Tarter Krinsky & Drogin LLP, hereby moves before the Honorable Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, at the courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 1106, at a date and time to be determined by the Court, in accordance with Rule 4 of the Federal Rules of Civil Procedure and Rule 7.1(a) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order granting Petitioner's request to effectuate service of process by alternative means and to

Application **GRANTED**.  For substantially the reasons set forth in Petitioner's memorandum of law and supporting declarations (Dkt. Nos. 9-11), Petitioner may effectuate service by email and certified mail. Petitioner's deadline to serve Respondents is extended to **September 22, 2022**.  By **September 26, 2022**, Petitioner shall file proof of service via ECF.

Dated:  September 1, 2022
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**

extend the time to effectuate service.

Dated: New York, New York
      August 31, 2022

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Petitioner*

By: _/s/ Alex Spizz_

Alex Spizz, Esq.
Debra Bodian Bernstein, Esq.
1350 Broadway
New York, New York 10018
(212) 216-8000
aspizz@tarterkrinsky.com
dbernstein@tarterkrinsky.com

2