UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLSKA FUNDACIA NARODOWA

POLSKA FUNDACIA NARODOWA

Plaintiff(s),

-against-

ATHLETES BENEFIT GROUP AND LAMAR

ATHLETES BENEFIT GROUP AND LAMAR D WILLIAMS

Defendant(s).

Docket No: 1:22 CV 05725 ( LGS )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[✓] that all future correspondence be mailed to me at the address below, or

[✓] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Williams, Lamar, D
Name (Last, First, MI)

[ ] Plaintiff
[✓] Defendant

2451 Oak Grove Heights | Decatur | GA | 30033
Address | City | State | Zip Code

6785950139
Telephone Number

lamardwilliams@me.com
e-mail address

9/28/19
Date

Signature