```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
POLSKA FUNDACJA NARODOWA,                                     :
                                      Petitioner,             :     22 Civ. 5725 (LGS)
                                                              :
                  -against-                                   :     ORDER
                                                              :
ATHLETE BENEFITS GROUP, LLC, et al.,                          :
                                      Respondents.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 6, 2022, Petitioner filed a Petition to Confirm Arbitration Award ("Petition"). On September 28, 2022, Respondent Lamar D. Williams filed an Answer to the Petition.

WHEREAS, on August 31, 2022, Petitioner filed a motion seeking permission to effectuate service of process by alternative means. In its accompanying materials, Petitioner described its difficulties serving Respondent Athlete Benefits Group, LLC ("ABG"), including that its registered agent refused service. Petitioner characterizes Respondent Williams as the "principal/agent" of ABG. Respondent ABG has yet to appear or file a response to the Petition. It is hereby

**ORDERED** that the parties shall file their submissions in connection with Petitioner's Petition to Confirm Arbitration according to the following schedule:

- By **October 21, 2022**, Petitioner shall file a Memorandum of Law in support of its Petition to Confirm Arbitration, not to exceed twenty (20) pages; and

- By **November 18, 2022**, Respondent Williams shall file any opposition, not to exceed twenty (20) pages; and

- By **December 2, 2022**, Petitioner shall file any reply in support of its Petition, not to exceed five (5) pages.

The parties' submissions shall comply with this Court's Individual Rules. Because Respondent Williams is proceeding *pro se*, any submission he makes will be construed liberally "to raise the strongest arguments [it] suggest[s]." *Green v. Dep't of Educ. of City of New York*, 16 F.4th 1070, 1074 (2d Cir. 2021).

Dated: September 30, 2022
      New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE