UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
POLSKA FUNDACJA NARODOWA,                                      :
                                        Petitioner,            :   22 Civ. 5725 (LGS)
                                                               :
                        -against-                              :   ORDER
                                                               :
ATHLETE BENEFITS GROUP, LLC, et al.,                           :
                                        Respondents.           :
                                                               :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 6, 2022, Petitioner filed a Petition to Confirm Arbitration Award ("Petition").  On September 28, 2022, Respondent Lamar D. Williams filed an Answer to the Petition.  Respondent ABG has yet to appear or file a response to the Petition.

WHEREAS, an Order issued October 11, 2022, set a briefing schedule for the parties' submissions in connection with Petitioner's Petition to Confirm Arbitration.  Petitioner filed a Memorandum of Law in support of its Petition to Confirm Arbitration on November 4, 2022.  Respondent's Opposition was due December 2, 2022.  No such Opposition has been filed.  On December 9, 2022, Petitioner filed a letter motion to seal portions of the record relating to its Petition.  It is hereby

**ORDERED** that Respondent's deadline to file a Memorandum of Law in Opposition to the Petition is **EXTENDED** to **December 23, 2022.**  In the event that Respondent files no such Memorandum, the Petition will be deemed fully briefed and will be decided on the papers already filed.

Dated: December 12, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE