Athletes Benefit Group, LLC
Lamar D Williams
Direct Dial: *678-595-0139*
Lamardwilliams@me.com

November 30, 2022

**Via Email**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

> The Court is in receipt of the endorsed letter. Application **GRANTED.** Respondents shall file any Opposition to the Petition and the accompanying Memorandum of Law by **January 16, 2023.** Respondents are encouraged to retain counsel promptly. The parties are reminded that all communications with chambers should take place via ECF. Respondents are directed to the Southern District's Pro Se Intake Unit, which has instructions regarding electronic notice and filings on ECF. So Ordered.
>
> Dated: December 15, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re: Polska Fundacja Naroda v. Athlete Benefits Group, LLC and Lamar D. Williams
Civil Action No. 1:22-cv-05725 (LGS)

Dear Judge Schofield:

I am the defendant in the above-referenced matter *pro-se* and I write to request a 30 day extension of the deadlines set forth in Your Honor's Order entered on October 3, 2022, We request that the reply date be extended from December 16, 2022 to January 16, 2022). The reason for the request is that I will be traveling for the holiday season and will need to seek counsel for this matter.

I have contacted the opposing counsel Debra Bernstein and she confirmed that he agrees to a 2 week extension, however I am requesting a 6 week extension. This is my first request for an extension of time.

Thank you for your courtesy and consideration of this matter.

Respectfully,

*Lamar D Williams*

Lamar D Williams

cc (By FedEx and email):

Tarter Krinsky & Drogin LLP 1350
Broadway
New York, NY 10018
P 212.216.8 000
F 212.216.8 001

Debra Bodan Bernstein, Partner
Direct Dial: 212-216-8 027
dbernstein@tarterkrinsky.com

lamardwilliams@me.com