UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
POLSKA FUNDACJA NARODOWA,  :
                           Petitioner,  :      22 Civ. 5725 (LGS)
                                     :
           -against-                     :      ORDER
                                     :
ATHLETE BENEFITS GROUP, LLC, et al.,  :
                         Respondents.  :
                                   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 6, 2022, Petitioner filed a Petition to Confirm Arbitration Award ("Petition"). An Order issued October 3, 2022, set a briefing schedule for the Petition. Further Orders issued October 11, 2022, December 12, 2022, and December 15, 2022, extended Respondents' deadline to file any opposition to the Petition. On January 16, 2023, Respondents filed a letter in opposition to the Petition. It is hereby

       **ORDERED** that Petitioner may file any reply in support of its Petition, not to exceed five (5) pages, by **January 27, 2023**. Following January 27, 2023, no further submissions will be accepted.

Dated: January 18, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE