UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLSKA FUNDACJA NARODOWA,

                                Petitioner,

-against-                                        22 **CIVIL** 5725 (LGS)

## JUDGMENT

ATHLETE BENEFITS GROUP, LLC, and
LAMAR D. WILLIAMS,

                                Respondents.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 21, 2023, the Petition to confirm the Award is GRANTED. Respondents' cross-petition to vacate the Award is DENIED. Judgment is entered in favor of Petitioner; accordingly, the case is closed.

**Dated:**  New York, New York

      April 24, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                  **BY:**                   *K. Mango*

                                                          **Deputy Clerk**