

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Juan **Olivo**, *Associate*
212.574.0329
jolivo@tarterkrinsky.com

May 4, 2023

**BY ECF**

The Honorable Lorna G. Schofield, U.S.D.C.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **Polska Fundacja Narodowa v. Athlete Benefits Group, LLC, and Lamar D. Williams Civil Action No. 1:22-cv-05725 (LGS)**

Dear Judge Schofield:

    We represent Petitioner Polska Fundacja Narodowa ("Petitioner") in the above-referenced action. Pursuant to the Court's Order dated April 21, 2023, (ECF No. 32), Petitioner is filing herewith unredacted versions of the following documents:

- Exhibit A – The Petition to Confirm the Arbitration Award filed on July 6, 2022 (ECF No. 1);

- Exhibit B – The Final Arbitration Award;

- Exhibit C – The Addendum to the Final Arbitration Award; and

- Exhibit D – The Appearance Engagement.

Thank you for your courtesy and consideration of this matter.

                      Respectfully,

                      **TARTER KRINSKY & DROGIN LLP**

                      Juan Olivo

cc: (By FedEx and email):

Lamar Williams
2451 Oak Grove Heights
Decatur, GA 30033
lamardwilliams@me.com