UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                 :
POLSKA FUNDACJA NARODOWA,             :
                                     Petitioner,     :
                -against-                               :           22 Civ. 5725 (LGS)
                                                               :
ATHLETE BENEFITS GROUP, LLC, and LAMAR  :          ORDER
D. WILLIAMS,                                                     :
                                      Respondents.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Opinion and Order issued April 21, 2023, granted Petitioner's petition to confirm an arbitral award. On May 26, 2023, Petitioner filed a letter motion regarding the amounts of the award, interest and fees to be reflected in the final judgment. Respondents have not filed a response to the letter motion.

       WHEREAS, Exhibit A to the letter motion calculates interest from December 17, 2019, the day the underlying arbitral award was issued, to the date the letter motion was filed. Exhibit A appears to be an Excel file converted into a PDF. Exhibit C to the letter motion compiles announcements from the Polish Minister of Justice regarding the statutory interest rate under Polish law. It is hereby

       **ORDERED** that Petitioner's letter motion is **DENIED,** without prejudice. By **August 1, 2023**, Petitioner shall re-file the letter motion. The re-filed letter motion shall calculate interest under the applicable rates set out in the Polish Civil Code, assuming that judgment will be entered on August 4, 2023. Petitioner shall attach any additional announcements from the Polish Minister of Justice regarding interest rates issued since the filing of the letter motion. Petitioner shall also email the Excel file used to create Exhibit A to Schofield_NYSDChambers@nysd.uscourts.gov.

       The Clerk of Court is respectfully directed to close the motion at Dkt. No. 45.

Dated: July 28, 2023
         New York, New York

                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE