

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Debra Bodian Bernstein, *Partner*
Direct Dial: *212-216-8027*
dbernstein@tarterkrinsky.com

July 31, 2023

**Via ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Application **GRANTED**. Petitioner shall file the motion regarding the final amount of the award, interest and fees to be reflected in the judgment in this case by **August 4, 2023**. The motion shall assume judgment will be entered August 8, 2023. So Ordered.

Dated: July 31, 2023
       New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** Polska Fundacja Naroda v. Athlete Benefits Group, LLC
and Lamar D. Williams
Civil Action No. 1:22-cv-05725 (LGS)

Dear Judge Schofield:

We are the attorneys for Petitioner Polska Fundacja Narodowa in the above-referenced matter. We are in receipt of Your Honor's Order dated July 28, 2023, and we respectfully request an extension of time for our submission until the end of this week, August 4. The reason for the request is that I was out of town until this morning, and we need to communicate with and obtain the information and updated spreadsheet from the client/counsel in Poland. We will endeavor to file our submission within the next couple of days, but we respectfully request until the end of the week in case counsel in Poland is unavailable early in the week.

Thank you for your courtesy and consideration of this matter.

Respectfully,

**TARTER KRINSKY & DROGIN LLP**

By: _____
    Debra Bodian Bernstein

cc: Lamar Williams (By FedEx and email - lamardwilliams@me.com)

087531\2\170311420.v1