**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
POLSKA FUNDACJA NARODOWA,

                        Petitioner,

    -against-                                      22 **CIVIL** 5725 (LGS)

                                                     **JUDGMENT**

ATHLETE BENEFITS GROUP, LLC, and
LAMAR D. WILLIAMS,

                      Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 8, 2023, judgment is GRANTED to Petitioners in the amount of $289,451.83, reflecting the following amounts: $150,000.00, for return of Petitioner's deposit; $45,470.97 in interest on the deposit; $78,431.77 in costs and attorneys' fees as awarded by the arbitrator; and $15,549.09 in interest on the costs and attorneys' fees.

**Dated:**  New York, New York

       August 8, 2023

                                                             RUBY J. KRAJICK
                                                              Clerk of Court

                                        **BY:**

                                                                **Deputy Clerk**